UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KENNETH RAY STEWART, | ) |
| Petitioner, | ) ) ) |
| | ) No. 1:16-mc-00076-TWP-DKL |

**Entry Discussing Filings and Denying Pending Motions**

**I.**

Petitioner Stewart's filings of November 21, 2016, have been docketed in this miscellaneous action because they do not suffice as a civil complaint. There is one and only one means by which to commence a civil action in federal court. That means is through the filing of a complaint. *In re Allied Signal Corp.*, 915 F.2d 190, 192 (6th Cir. 1990) ("an action is commenced with the filing of a complaint rather than a motion"); *see also* Rules 3 and 7 of the *Federal Rules of Civil Procedure.* Mr. Stewart has not filed a complaint. Therefore, any relief sought by Mr. Stewart in his submissions and declarations of November 21, 2016 (docket numbers 1-4), is **denied.**

**II.**

Mr. Stewart's declaration that he is entitled to make "free filings" in Court has been docketed as a motion to proceed *in forma pauperis.* The filing fee for a miscellaneous action is $46.00. Mr. Stewart has not demonstrated that he lacks the financial ability to pay this filing fee. Therefore, his motion to proceed *in forma pauperis* [dkt. 5] is **denied.** He shall have **through December 30, 2016,** in which to pay the $46.00 filing fee to the Clerk of the Court.

Mr. Stewart's motion for code or red flag/restricted list, do not stop, do not detain, etc. [dkt. 6] is **denied as meritless.**

**IT IS SO ORDERED.**

Date: 11/29/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kenneth Ray Stewart
106 Ursal Lane
Greenwood, IN 46143